Sherwood J. Reese
Sherwood.reese@comcast.net
Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **SANDRA E. MESTON,** | Civil No. 6:19-cv-81-MC |
| Plaintiff, | |
| vs. | **ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |
| Commissioner of Social Security Administration, | |
| Defendant. | |
| _____ | |

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $14,992.25 in attorney fees, out of which Plaintiff's attorney will refund to Plaintiff Equal Access to Justice ("EAJA") fees already received by counsel in the amount of $7,965.75, for a net award herein of $7,026.50 as full settlement of all attorney fees pursuant to 42 U.S.C. §406(b).  Any past-due benefits withheld

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -         1

by the Defendant in anticipation of an order under 42 U.S.C. §406(b), shall be payable to Plaintiff's counsel, Drew L. Johnson, PC, less an administrative assessment pursuant to 42 U.S.C. §406(d), and mailed to their office at 1700 Valley River Drive, Eugene, OR 97401, consistent with this order.  There are no other costs.

IT IS SO ORDERED this day of \_\_\_\_\_May 27_____, 2020

\_\_s/Michael J. McShane_____
U.S. District Judge/Magistrate Judge

PRESENTED BY:

By:   /s/ SHERWOOD J. REESE
    Sherwood J. Reese, OSB #144130
    Of Attorneys for Plaintiff